In the Matter of Rite Aid Corporation, Appellant, v Terie Huseby, Assessor, et al., Respondents. (Appeal No. 2.)

Submitted February 22, 2016; decided April 5, 2016

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 26 NY3d 916 (2016)].

Chief Judge DiFiore and Judge Garcia taking no part.

SFR Holdings Ltd. et al., Appellants, v John Rice et al., Respondents.

Submitted February 16, 2016; decided April 5, 2016

Motion, insofar as it seeks leave to appeal as against respondents John Rice; Joseph Ingrassia; Capstone Capital Management, Inc.; Capstone Cayman Special Purpose Fund, LP; and Capstone Special Purpose Fund, LP, dismissed upon the ground that as to those respondents the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.